DANIEL JOHNSON v. LOUIS B. LAMAR.

(Filed 23 September. 1959.)

APPEAL by plaintiff from *Patton, J.,* at February 1959 Mixed Term of HENDERSON.

Civil action to recover for injury sustained by plaintiff in automobile collision at a point in State of South Carolina resulting in judgment as of nonsuit entered when plaintiff rested his case.

Plaintiff excepts thereto and appeals to Supreme Court assigning as error the judgment entered.

*Paul K. Barnwell, R. Lee Whitmire for plaintiff, appellant.*
*Meekins, Packer & Roberts for defendant, appellee.*

PER CURIAM. The accident involved in present action having occurred in the State of South Carolina, and the action having been instituted in the State of North Carolina, the substantive law of South Carolina determines the cause of action maintainable by plaintiff as well as the measure of damages. In this light plaintiff cites no authority and makes no argument revealing error in the trial below, but rather files in this Court a motion for new trial on account of newly discovered evidence. This motion fails to sustain its purpose, and is denied.

However, attention is directed to the provisions of G.S. 1-25.

For reasons stated the judgment below is

Affirmed.

HIGGINS, J., not sitting.